1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOBY A. ERHART,

Petitioner,

v.

PATRICK GLEBE,

Respondent.

No. C15-5901 BHS-KLS

**REPORT AND RECOMMENDATION**
**Noted for:  January 22, 2016**

9

10

11

12

13        Petitioner has filed a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2254

14   (Dkt. 1) and an application to proceed *in forma pauperis* ("IFP") (Dkt. 3)  Because petitioner

15   appears to have sufficient funds with which to pay the $5.00 court filing fee, the undersigned

16   recommends the Court deny the application.

17

                                        **DISCUSSION**

18

19        A district court may permit indigent litigants to proceed IFP upon completion of a proper

20   affidavit of indigency.  See 28 U.S.C. §1915(a).  However, the court has broad discretion in

21   denying an application to proceed IFP.  *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert.*

22   *denied*, 375 U.S. 845 (1963).  By requesting the Court to proceed IFP, petitioner is asking the

23   government to incur the filing fee because he allegedly is unable to afford the costs necessary to

24   proceed with his cause of action.

25

26        Petitioner's IFP application reflects he is currently employed with a net monthly income

of $55.00, has $42.00 cash on hand, his average monthly receipts are $88.33, and his average

REPORT AND RECOMMENDATION - 1

monthly spendable balance is $15.33.  Dkt. 3, pp. 1-2.  The undersigned recognizes that the

funds to which petitioner has access may not be great.  However, given the fact that a prisoner's

basic needs are provided for while he is incarcerated and the minimal filing fee required to

proceed with this action is $5.00, it is not unreasonable to expect petitioner to pay that fee from

those funds.

**CONCLUSION**

Because petitioner appears to have sufficient funds to pay the filing fee, the undersigned

recommends that the Court deny his application to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure

("Fed. R. Civ. P."), Petitioner shall have fourteen (14) days from service of this Report and

Recommendation to file written objections thereto. See also Fed. R. Civ. P. 6.  Failure to file

objections will result in a waiver of those objections for purposes of appeal.  *Thomas v. Arn*, 474

U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed set

this matter for consideration on **January 22, 2016**, as noted in the caption.

**DATED** this 4th day of January, 2016.

_____
Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2