UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TOBY A ERHART, | |
|                 Petitioner, | CASE NO. C15-5901 BHS-KLS |
|    v. | ORDER SUBSTITUTING RESPONDENT |
| PATRICK GLEBE, | |
|                 Respondent. | |

Petitioner Toby A. Erhart filed a petition for writ of habeas corpus naming Patrick Glebe as Respondent.  The proper respondent to a habeas petition is the "person who has custody over [the petitioner]."  28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).  According to his petition, Mr. Erhart is currently confined at the Stafford Creek Corrections Center (SCCC) in Aberdeen, Washington.  The Superintendent of the SCCC is Margaret Gilbert.

//

ORDER SUBSTITUTING RESPONDENT - 1

1  Accordingly, the Clerk of Court is directed to substitute Margaret Gilbert as the
2 Respondent in this action.   The Clerk shall send copies of this Order to Petitioner and counsel
3 for Respondent.

4  Dated this  3rd day of February, 2016.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER SUBSTITUTING RESPONDENT - 2